IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

```
GERARDO FLORES-MORALES, ET AL.  )
                                )
v.                              )    No. 1:07-0050
                                )    JUDGE ECHOLS
ENOCH GEORGE, ET Al.            )
```

### O R D E R

Pursuant to the parties Stipulation of Dismissal (Docket Entry No. 72), this action is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE